RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 01 2015

To whom it may concern:

My name is Brandy Johnson T.D.C.# 1955817. I recently filed a habeas corpus. I sent the writ to the Ninth District Court of Appeals in Beaumont, Tx. I recieved a letter from the Judge John B. Stevens denying my entire writ based on personal reason and nothing to do with the law. I acknowledge truthful and lawful penal codes that facts my innocense. I also recieved a letter from District Att. Wayln Thompson, the same D.A whom insisted in court that I be sentenced to 10 years in prison, ignoring evidence and penal codes that proved I was innosence wanting to deny my defense, self-defense based again on differ personal reasons again nothing protaining to the law. I want to make sure that Austin Appeals court recieved a copy of my habeas corpus. This is the seond one I have filed, because the first one was denyed due to the fact that the courts did not file mandate at the time I filed the first one. If I need to send a copy of my 2nd habeas corpus to Austin, Tx Appeals I have copies. Please let me know whats going. Your time is most greatly appreciated. Again thanks for your time and patients in this matter.

Brandy R. Johnson #1955817

Marlin Unit
2893 State Hwy 6
Marlin, Tx 76661